[No. 28820-2-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. ERCELL JAMES
TERRELL III, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01019-2, Larry A. Jordan, J., entered July
15, 1991. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Scholfield and Coleman, JJ.

[No. 32737-2-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN M.
FLETCHER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06414-6, Arthur E. Piehler, J., entered
April 14, 1993. *Reversed* by unpublished per curiam opinion.

[No. 33069-1-I.   Division One.   November 15, 1993.]

*In the Matter of the Sentencing of*
LAVETT MAHALIA GIVENS.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00633-7, Frank L. Sullivan, J., entered
March 18, 1993. *Dismissed* by unpublished per curiam opin-
ion.

[No. 29464-4-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS E.
STEVENSON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00505-4, Kathryn E. Trumbull, J.,
entered November 1, 1991. *Dismissed* by unpublished per
curiam opinion.